FILED

12/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0346

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DAVID THOMAS WEISBARTH, II,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 22, 2020, within which to prepare, serve, and file the State's response.

TKP

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 2 2020